IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JUL 16 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-155 |
| CHARLES STEPHENS | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Katherine C. Jordan, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant CHARLES STEPHENS, upon the grounds that an indictment has been returned in the above-captioned criminal case charging defendant CHARLES STEPHENS with Title 18, United States Code, Section 922(g)(1).

Recommended bond: $10,000 unsecured.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By: /s/ Katherine C. Jordan
KATHERINE C. JORDAN
Assistant U.S. Attorney
PA ID No. 201135